94–2616. Spriggs v. Lightning Rod Mut. Ins. Co. *Scioto County,* No. 93CA2203. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court, effective May 19, 1995, that the application for dismissal be, and

1524

the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.